UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION <br> Plaintiff(s), <br> v. <br> GRASS VALLEY USA, LLC <br> Defendant(s). | Case No: C12-6060 MEJ <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, JOSEPH N. HOSTENY, an active member in good standing of the bar of the State of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Technology Licensing Corporation in the above-entitled action. My local co-counsel in this case is Martin L. Fineman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> Joseph N. Hosteny <br> Niro Haller & Niro <br> 181 West Madison, Ste. 4600 <br> Chicago, IL 60602-4515 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> Martin L. Fineman (CSBN 104413) <br> Davis Wright Tremaine LLP <br> 505 Montgomery St., #800, San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> 312/236-0733 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> 415/276-6500 |
| MY EMAIL ADDRESS OF RECORD: <br> jhosteny@hosteny.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> martinfineman@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1266160.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: _____

APPLICANT
JOSEPH N. HOSTENY

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of JOSEPH N. HOSTENY is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/6/2012

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Maria Elena James
United States Chief Magistrate Judge

PRO HAC VICE APPLICATION & ORDER