# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION<br><br>    Plaintiff(s),<br><br>v.<br><br>GRASS VALLEY USA, LLC<br><br>    Defendant(s). | Case No: C 12-6060-MEJ<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, ARTHUR A. GASEY, an active member in good standing of the bar of the State of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Technology Licensing Corporation in the above-entitled action. My local co-counsel in this case is Martin L. Fineman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Arthur A. Gasey<br>Niro Haller & Niro<br>181 West Madison, Ste. 4600<br>Chicago, IL 60602-4515 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Martin L. Fineman (CSBN 104413)<br>Davis Wright Tremaine LLP<br>505 Montgomery St., #800, San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>312/236-0733 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415/276-6500 |
| MY EMAIL ADDRESS OF RECORD:<br>gasey@nshn.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>martinfineman@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6210605.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:

*[signature]*
APPLICANT
ARTHUR A. GASEY

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ARTHUR A. GASEY is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/6/2012

Maria Elena James
United States Chief Magistrate Judge
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

American LegalNet, Inc.
www.FormsWorkFlow.com