Vicki S. Veenker (SBN 158669)
Joshua C. Walsh-Benson (SBN 228983)
Benjamin Petersen (SBN 267120)
SHEARMAN & STERLING LLP
Five Palo Alto Square, 6th Floor
Palo Alto, CA  94306
Telephone:     (650) 838-3600
Facsimile:      (650) 838-3699
Email:     vveenker@shearman.com
           joshua.walsh-benson@shearman.com
           benjamin.petersen@shearman.com

Attorneys for Defendant
GRASS VALLEY USA, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>GRASS VALLEY USA, LLC,<br><br>                    Defendant. | Case No.: 3:12-cv-06060-MEJ<br><br>**DEFENDANT GRASS VALLEY'S DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for defendant Grass Valley USA, LLC ("defendant") makes the following disclosure statement: GVBB Inc.

Pursuant to Civil L.R. 3-16, the undersigned counsel for defendant certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject

///

///

///

matter or in a party that could be substantially affected by the outcome of this proceeding: GVBB Inc.

DATED: December 19, 2012          SHEARMAN & STERLING LLP

By: _____/s/ Vicki S. Veenker_____
         Vicki S. Veenker

Attorneys for Defendant
GRASS VALLEY USA, LLC