Gregory L. Lippetz (Bar No. 154228)
glippetz@jonesday.com
Laurie M. Charrington (Bar No. 229679)
lmcharrington@jonesday.com
Iman Lordgooei (Bar No. 251320)
ilordgooei@jonesday.com
Heather Fugitt (Bar No. 261588)
hfugitt@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:      +1.650.739.3939
Facsimile:      +1.650.739.3900

Vicki S. Veenker (Bar No. 158669)
vicki@veenkerlaw.com
VEENKER LAW OFFICES
2091 Barbara Drive
Palo Alto, CA 94303
Telephone: (650) 329-9797

Attorneys for Defendant
GRASS VALLEY USA, LLC

DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 104413
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6575
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

NIRO HALLER & NIRO
RAYMOND P. NIRO (Member of the N.D.
Cal. Bar)
rniro@nshn.com
JOSEPH N. HOSTENY (*pro hac vice*)
jhosteny@hosteny.com
ARTHUR A. GASEY (*pro hac vice*)
gasey@nshn.com
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

Attorneys for Plaintiff
TECHNOLOGY LICENSING CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GRASS VALLEY USA, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 5:12-cv-06060-EJD<br>**AMENDED**<br>**JOINT STIPULATION AND**<br>**[PROPOSED] ORDER TO**<br>**RESCHEDULE CASE**<br>**MANAGEMENT CONFERENCE AND**<br>**RELATED DATES**<br><br>Hon. Edward J. Davila |

1   Pursuant to Civil L.R. 6-1(b) and 6-2(a), and subject to the Court's approval, Defendant

2   Grass Valley USA, LLC ("Grass Valley") and Plaintiff Technology Licensing Corporation

3   ("TLC") hereby jointly request that the Court extend the dates currently set with respect to the

4   Case Management Conference ("CMC") scheduled in the above-captioned action.

5   On March 5, 2013, Grass Valley filed its Declination to Proceed Before a Magistrate

6   Judge and Request for Reassignment to a United States District Judge.  (ECF No. 21.)  On the

7   same day, the above-captioned action was reassigned from the Honorable Maria-Elena James,

8   United States Magistrate Judge, to the Honorable Edward J. Davila, United States District Judge,

9   for all further proceedings.  (ECF No. 23.)  On March 6, 2013, the Court issued a notice resetting

10  the CMC to July 12, 2013, and setting July 5, 2013, as the deadline for the parties to file their

11  Joint Case Management Statement.  (ECF No. 24.)

12  On June 18, 2013, TLC informed Grass Valley that it intends to file a motion to amend its

13  complaint to assert two additional patents in this lawsuit.  (Lippetz Decl. at ¶ 1.)  The parties

14  therefore agree and hereby stipulate that it would be more efficient to postpone the CMC at least

15  70 days, until it is determined which patents and accused products will be litigated in this lawsuit

16  and the parties' pleadings related to such patents are complete.  In particular, having a final

17  resolution on the number and identity of patents in suit, the asserted claims and accused products,

18  will allow the parties to negotiate, and propose for the Court's adoption, an appropriate schedule

19  and scope of discovery in this action.

20  Accordingly, in order to permit the parties time to finalize the pleadings, the parties

21  hereby stipulate and jointly request that the Court reset and extend the CMC deadlines under the

22  current schedule, as follows:

23  • Initial CMC:  a date convenient to the Court's calendar at least 70 days after the

24      currently scheduled Initial CMC date of July 12, 2013, i.e. no earlier than September

25      20, 2013; and

26  • Joint Case Management Statement:  7 days prior to the Initial CMC.

27

28

STIPULATION TO RESCHEDULE CMC AND
RELATED DATES
Case No. 5:12-cv-06060-EJD

1   The parties further stipulate to extend the date for commencement of discovery to a date

2   21 days before the extended CMC date, and to extend the date for service of initial disclosures to

3   seven days before the extended CMC date, both subject to the Court's approval of the extended

4   CMC date.

5   The requested extension will not affect any other Court dates or deadlines in this case.

6   This request for extension is further supported by the Declaration of Gregory L. Lippetz, filed

7   concurrently herewith in accordance with Civil L.R. 6-2(a).

8   **IT IS SO STIPULATED.**

9   Dated: June 26, 2013                          Respectfully submitted,

10                                                  JONES DAY

11                                                  By:  _____*/s/Gregory L. Lippetz*_____
                                                        Gregory L. Lippetz
12
                                                   Attorneys for Defendant
13                                                 GRASS VALLEY USA, LLC

14

15                                  **ATTESTATION**

16   I, Gregory L. Lippetz, an ECF User whose ID and password are being used to file this

17   Joint Stipulation to Extend Deadlines Related to Case Management Conference, in compliance

18   with Civil L.R. 5-1(i)(3), hereby attest that Joseph N. Hosteny of Niro, Haller & Niro, attorneys

19   for Technology Licensing Corporation, have concurred with this filing.

20

21   Dated: June 26, 2013                          NIRO, HALLER & NIRO

22                                                  By:  _____*/s/ Joseph N. Hosteny*_____
                                                        Joseph N. Hosteny
23
                                                   Attorneys for Plaintiff
24                                                 TECHNOLOGY LICENSING
                                                   CORPORATION
25

26

27

28
                                                   STIPULATION TO RESCHEDULE CMC AND
                                                   RELATED DATES
                                                   Case No. 5:12-cv-06060-EJD

**IT IS ORDERED THAT:**

The Case Management Conference in this matter is rescheduled for  September 20                ,

2013. at 10:00 AM. The parties shall file a joint case management conference statement on or

before September 13, 2013

DATED:      6/28/2013                              _____

                                                  HON. EDWARD J. DAVILA
                                                  U.S. DISTRICT COURT JUDGE

SVI-127265v1

STIPULATION TO RESCHEDULE CMC AND
RELATED DATES
Case No. 5:12-cv-06060-EJD