| | |
|---|---|
| Gregory L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Laurie M. Charrington (State Bar No. 229679)<br>lmcharrington@jonesday.com<br>Heather Fugitt (State Bar No. 261588)<br>hfugitt@jonesday.com<br>JONES DAY<br>Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:   (650) 739-3939<br>Facsimile:    (650) 739-3900<br><br>Vicki S. Veenker (State Bar No. 158669)<br>vicki@veenkerlaw.com<br>VEENKER LAW OFFICES<br>2091 Barbara Drive<br>Palo Alto, CA 94303<br>Telephone:   (650) 329-9797<br><br>Attorneys for Defendant<br>GRASS VALLEY USA, LLC | Martin L. Fineman, Bar No. 104413<br>martinfineman@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>Telephone:   (415) 276-6575<br>Facsimile:    (415) 276-6599<br><br>Raymond P. Niro (Member of the N.D. Cal. Bar)<br>rniro@nshn.com<br>Joseph N. Hosteny (*pro hac vice*)<br>jhosteny@hosteny.com<br>Arthur A. Gasey (*pro hac vice*)<br>gasey@nshn.com<br>NIRO HALLER & NIRO<br>181 West Madison Street, Suite 4600<br>Chicago, IL 60602<br>Telephone:   (312) 236-0733<br>Facsimile:    (312) 236-3137<br><br>Attorneys for Plaintiff<br>TECHNOLOGY LICENSING CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>GRASS VALLEY USA, LLC,<br><br>    Defendant. | Case No.  5:12-cv-06060-EJD<br><br>**JOINT STIPULATION PURSUANT TO CIVIL L. R. 6-1 TO EXTEND THE TIME FOR DEFENDANT GRASS VALLEY USA, LLC TO RESPOND TO FIRST AMENDED COMPLAINT** |

GRANTED

[signature]

Judge Edward J. Davila

Pursuant to Civil Local Rule 6-1, Plaintiff Technology Licensing Corporation ("TLC") and Defendant Grass Valley USA, LLC ("Grass Valley"), by and through their respective counsel of record, hereby stipulate to extend the time for Grass Valley to answer, move or otherwise

respond to TLC's First Amended Complaint from July 30, 2013 until August 30, 2013.  The stipulated extension will not alter the date of any event or deadline already fixed by Court order, or otherwise affect the case schedule.

Dated: July 18, 2013               JONES DAY

                                   By:   /s/ Laurie M. Charrington
                                         Laurie M. Charrington

                                   Attorneys for Defendant
                                   GRASS VALLEY USA, LLC

     In accordance with Civil L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: July 18, 2013               NIRO HALLER & NIRO

                                   By:   /s/ Joseph Hosteny
                                         Joseph Hosteny

                                   Attorneys for Plaintiff
                                   TECHNOLOGY LICENSING CORP.

SVI-128194

- 2 -

JOINT STIP. TO EXTEND TIME TO
RESPOND TO FIRST AM. COMPLAINT
Case No.  5:12-cv-06060-EJD

respond to TLC's First Amended Complaint from July 30, 2013 until August 30, 2013.  The stipulated extension will not alter the date of any event or deadline already fixed by Court order, or otherwise affect the case schedule.

Dated: July 18, 2013               JONES DAY

                                   By:   /s/ Laurie M. Charrington
                                         Laurie M. Charrington

                                   Attorneys for Defendant
                                   GRASS VALLEY USA, LLC

In accordance with Civil L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: July 18, 2013               NIRO HALLER & NIRO

                                   By:   /s/ Joseph Hosteny
                                         Joseph Hosteny

                                   Attorneys for Plaintiff
                                   TECHNOLOGY LICENSING CORP.

SVI-128194