IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>        Plaintiff(s),<br>   v.<br>GRASS VALLEY USA, LLC,<br><br>        Defendant(s). | CASE NO. 5:12-cv-06060 EJD<br><br>**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**<br><br>[Docket Item No(s). 46] |

The request by Plaintiff's counsel to appear by telephone at the Case Management Conference scheduled for September 20, 2013, is GRANTED. Counsel shall arrange for a telephonic appearance through CourtCall.

Any future requests of this nature should be made in accordance with Section V of the undersigned's Scheduling Notes ("Parties wishing to appear by telephone are directed to file and serve an Administrative Request and Proposed Order at least one week prior to the scheduled hearing date.").

**IT IS SO ORDERED.**

Dated: August 30, 2013

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:12-cv-06060 EJD
ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE