UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>     Plaintiff,<br><br>  v.<br><br>GRASS VALLEY USA, INC,<br><br>     Defendant. | Case No.  12-cv-06060-VC<br><br>**ORDER** |

Based on the representations of counsel before the Magistrate Judge on Monday, July 21, 2014, the parties shall file intent to consent to magistrate judge jurisdiction no later than Tuesday, July 29, 2014.

**IT IS SO ORDERED.**

Dated: July 22, 2014

_____
VINCE CHHABRIA
United States District Judge